UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on October 2, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Cabanillas & Associates, PC
Jenee K. Ciccarelli, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

    Case No.: 16-28308

Jose Tenecela,

    Hearing Date: August 24, 2017

    Chapter: 13

    Judge: John K. Sherwood

## ORDER TO REDUCE PROOF OF CLAIM #7

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**:

DATED: October 2, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

{00753044 /1 }    1

This matter presented to the court by the debtor(s) on a motion to reduce proof of claim #7 filed by Shellpoint Mortgage Servicing and the court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED, that proof of claim #7 be and is hereby reduced to $75,909.84;

ORDERED, that the Trustee pay the claim amount as stated in this order.

_____

United States Bankruptcy Judge