UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on October 2, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Cabanillas & Associates, PC
Jenee K. Ciccarelli, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

   Jose Tenecela,

Case No.: 16-28308

Hearing Date: August 24, 2017

Chapter: 13

Judge: John K. Sherwood

## ORDER TO REDUCE PROOF OF CLAIM #7

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**:

DATED: October 2, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

{00753044 /1 }    1

This matter presented to the court by the debtor(s) on a motion to reduce proof of claim #7 filed by Shellpoint Mortgage Servicing and the court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

**ORDERED,** that proof of claim #7 be and is hereby reduced to $75,909.84;

**ORDERED,** that the Trustee pay the claim amount as stated in this order.

_____

United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-33984-JKS
Jose Tenecela                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin              Page 1 of 1           Date Rcvd: Oct 02, 2017
                          Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             +Jose Tenecela,   349 Watsessing Ave,   Bloomfield, NJ 07003-6026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC
               nj_ecf_notices@buckleymadole.com
              Jenee K. Ciccarelli    on behalf of Debtor Jose  Tenecela kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5