UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MTGLQ Investors

In Re:
    Jose Tenecela,

Debtor .

**Order Filed on December 8, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  16-33984-JKS

Adv. No.:

Hearing Date:  7/13/2017 @ 11:00 a.m.

Judge:  John K. Sherwood

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 8, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Case 16-33984-JKS    Doc 34    Filed 12/08/17    Entered 12/08/17 15:02:18    Desc Main
Document    Page 2 of 2

**(Page 2)**
Debtors: Jose Tenecela
Case No: 16-33984-JKS
Caption of Order: ORDER CURING ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MTGLQ Investors, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 349 Watsessing Avenue, Bloomfield, NJ 07003, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Jenee Ciccarelli, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 31, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2017 through May 2017 for a total post-petition default of $14,422.50 (5 @ $2,884.50); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors are to send a lump sum payment of $14,422.50 directly to Secured Creditor to be received no later than June 30, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2017, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.