Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−33984−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tenecela
   349 Watsessing Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1440

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/11/18 at 11:00 AM

to consider and act upon the following:

*36* − Application for Compensation for Paola D. Vera, Debtor's Attorney, period: 12/16/2016 to 12/10/2017, fee: $700, expenses: $. Filed by Paola D. Vera. Objection deadline is 12/26/2017. (Vera, Paola)

*37* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:36 Application for Compensation for Paola D. Vera, Debtor's Attorney, period: 12/16/2016 to 12/10/2017, fee: $700, expenses: $. Filed by Paola D. Vera. Objection deadline is 12/26/2017. filed by Debtor Jose Tenecela) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/21/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court