Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33984−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tenecela
   349 Watsessing Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1440

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/11/18 at 11:00 AM

to consider and act upon the following:

*36* − Application for Compensation for Paola D. Vera, Debtor's Attorney, period: 12/16/2016 to 12/10/2017, fee: $700, expenses: $. Filed by Paola D. Vera. Objection deadline is 12/26/2017. (Vera, Paola)

*37* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:36 Application for Compensation for Paola D. Vera, Debtor's Attorney, period: 12/16/2016 to 12/10/2017, fee: $700, expenses: $. Filed by Paola D. Vera. Objection deadline is 12/26/2017. filed by Debtor Jose Tenecela) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/21/17

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Tenecela  
    Debtor

Case No. 16-33984-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 21, 2017  
    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db    +Jose Tenecela,   349 Watsessing Ave,   Bloomfield, NJ 07003-6026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

    Denise E. Carlon   on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Paola D. Vera   on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com, bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5