# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Jose Tenecla

Case No.: 16-33984

Hearing Date: 3/22/2018

Chapter: 13

Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to Trustee's Certification of Default filed by debtor's counsel

**Location of Hearing:** Courtroom No. 3D
US BANRKUTPCY COURT
50 WALNUT STREET
NEWARK, NEW JERSEY 07102

**Date and Time:** 3/22/2018 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 2/28/2018

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 2/28, 20 18 this notice was served on the following: Debtor, Counsel for the Debtor and Trustee

JEANNE A. NAUGHTON, Clerk

By: Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Tenecela  
    Debtor

Case No. 16-33984-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 01, 2018  
                 Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.  
db            +Jose Tenecela,    349 Watsessing Ave,    Bloomfield, NJ 07003-6026  
aty           +Jenee K Ciccarelli,    Fitzgerald & Associates PC,    649 Newark Avenue,  
               Jersey City, NJ 07306-2303  
cr            +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,  
               Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Paola D. Vera    on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com, bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 5