| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: MTGLQ INVESTORS, L.P. | Case No: 16-33984 JKS<br><br>Chapter: 13 |
| In Re:<br><br>Jose Tenecela,<br><br>      Debtor. | Judge: John K. Sherwood |

Order Filed on September 4, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 4, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:        Jose Tenecela
Case No.:      16-33984 JKS
Caption:       **ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MTGLQ INVESTORS, L.P., upon an order to vacate the automatic stay as to real property known as 349 Watsessing Avenue, Bloomfield NJ 07003, and with the consent of Jenee K. Ciccarelli Esq., counsel for the Debtor, Jose Tenecela.

It is hereby **ORDERED, ADJUDGED and DECREED** the automatic stay as to the property located at 349 Watsessing Avenue, Bloomfield NJ 07003 is vacated effective August 31, 2018

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.