| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: MTGLQ INVESTORS, L.P.

In Re:

Jose Tenecela,

    Debtor.

Order Filed on September 4, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No:    16-33984 JKS

Chapter: 13

Judge: John K. Sherwood

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:		Jose Tenecela
Case No.:	16-33984 JKS
Caption:	**ORDER VACATING AUTOMATIC STAY**

    This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MTGLQ INVESTORS, L.P., upon an order to vacate the automatic stay as to real property known as 349 Watsessing Avenue, Bloomfield NJ 07003, and with the consent of Jenee K. Ciccarelli Esq., counsel for the Debtor, Jose Tenecela.

    It is hereby **ORDERED, ADJUDGED and DECREED** the automatic stay as to the property located at 349 Watsessing Avenue, Bloomfield NJ 07003 is vacated effective August 31, 2018

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Tenecela  
    Debtor

Case No. 16-33984-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 04, 2018  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.  
db          +Jose Tenecela,    349 Watsessing Ave,    Bloomfield, NJ 07003-6026  
aty         +Jenee K Ciccarelli,    Fitzgerald & Associates PC,    649 Newark Avenue,   Jersey City, NJ 07306-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Paola D. Vera    on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com,   bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                     TOTAL: 5