| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Jenee K. Ciccarelli, Esq. JC/0693<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone 973-737-9060<br>Fax 973-619-0023 | Order Filed on February 10, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Jose Tenecela,<br><br>  Debtor | Case No.:   16-33984<br><br>Chapter:   13<br><br>Judge:   Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/30/18_____ :

Property:    349 Watsessing Ave., Bloomfield, NJ_____

Creditor:    SN Servicing, Corporation_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____April 27, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2