UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
4 7 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

In Re:

Jose Tenecela,

Debtor(s)

Order Filed on May 1, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33984

Chapter: Sherwood

Judge: 13

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 1, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/30/2018_____ :

Property:   _349 Watsessing Avenue, Bloomfield, NJ 07003_

Creditor:   SN Servicing Corporation

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/29/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*