Order Filed on June 28, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@CiccarelliLegal.com
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey
--------------------------------x
 In Re:                             **Chapter 13**

                                    Case No.: 16-33984
    Jose Tenecela,
                                    Honorable John K. Sherwood

 Debtor                             Hearing: July 25, 2019

                                    **APPLICATION FOR COURT APPROVAL
                                    OF LOAN MODIFICATION AGREEMENT**

                                    ORAL ARGUMENT ONLY REQUESTED
                                    IF OPPOSITION IS FILED




---------------------------------
                    **ORDER APPROVING LOAN MODIFICATION**


       The relief set forth on the following page numbered two (2)
through two (2) is hereby ORDERED.

**DATED: June 28, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor:  Jose Tenecela
Case No. 16-339841
Caption:  ORDER APPROVING LOAN MODIFICATION, 349 Watsessing Ave, Bloomfield, NJ

---

This matter having come before the Court upon the debtors' Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement from MTGLQ Investors, LP related to the property located at 349 Watsessing Avenue, Bloomfield, NJ, is approved on the following terms:

- No Down Payment
- Term of 480 months
- $16,089.52.00 Deferred Balance ("Balloon")
- Interest Bearing Principal Balance $520,000 with a total principal balance of $536,098.52.
- 4.5% fixed interest rate for the life of the loan.

**ORDERED** that SN Servicing, Inc. will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order; and it is further

**ORDERED** that if the new payment is not already reflected in the Debtor schedules and plan, the Debtor will amend his schedules and plan within fourteen (14) days of this order.