Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@CiccarelliLegal.com
Attorney for Debtor

**Order Filed on June 28, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
---------------------------------x

In Re:

   Jose Tenecela,

Debtor

**Chapter 13**

Case No.: 16-33984

Honorable John K. Sherwood

Hearing: July 25, 2019

**APPLICATION FOR COURT APPROVAL
OF LOAN MODIFICATION AGREEMENT**

ORAL ARGUMENT ONLY REQUESTED
IF OPPOSITION IS FILED

---------------------------------

**ORDER APPROVING LOAN MODIFICATION**

The relief set forth
through two (2) is hereby

**DATED: June 28, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor:  Jose Tenecela
Case No. 16-339841
Caption:   ORDER APPROVING LOAN MODIFICATION, 349 Watsessing Ave, Bloomfield, NJ

--------------------------------------------------------------

This matter having come before the Court upon the debtors' Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement from MTGLQ Investors, LP related to the property located at 349 Watsessing Avenue, Bloomfield, NJ, is approved on the following terms:

- No Down Payment
- Term of 480 months
- $16,089.52.00 Deferred Balance ("Balloon")
- Interest Bearing Principal Balance $520,000 with a total principal balance of $536,098.52.
- 4.5% fixed interest rate for the life of the loan.

**ORDERED** that SN Servicing, Inc. will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order; and it is further

**ORDERED** that if the new payment is not already reflected in the Debtor schedules and plan, the Debtor will amend his schedules and plan within fourteen (14) days of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Tenecela  
    Debtor

Case No. 16-33984-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Jun 28, 2019 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
```
db             +Jose Tenecela,    349 Watsessing Ave,    Bloomfield, NJ 07003-6026
aty            +Jenee K Ciccarelli,    Fitzgerald & Associates PC,    649 Newark Avenue,
                 Jersey City, NJ 07306-2303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paola D. Vera    on behalf of Debtor Jose  Tenecela pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```