# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33984−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tenecela
   349 Watsessing Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1440

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 30, 2019
JAN: zlh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jose Tenecela  
      Debtor

Case No. 16-33984-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 30, 2019  
                   Form ID: 148     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.

```
db             +Jose Tenecela,    349 Watsessing Ave,    Bloomfield, NJ 07003-6026
aty            +Jenee K Ciccarelli,    Fitzgerald & Associates PC,    649 Newark Avenue,
                 Jersey City, NJ 07306-2303
cr             +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
516553209      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516553210      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516553211      +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
516802383       MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
516553214      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516553215      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
516780889      +The BNYM Trust Company, NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517744468       U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501,    U.S. Bank Trust Nt Assoc Trustee of Chal,    c/o SN Servicing Corp.
517728799       U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    325 5th Street,
                 Eureka, CA 95501,    U.S. Bank Trust Nt Assoc Trustee of Chal,    c/o SN Servicing Corp.
517728798       U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    325 5th Street,
                 Eureka, CA 95501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 23:39:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 23:39:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 31 2019 03:13:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516553208       EDI: CITICORP.COM Jul 31 2019 03:13:00      Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195
516736113       EDI: BL-BECKET.COM Jul 31 2019 03:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516553212      +EDI: WFNNB.COM Jul 31 2019 03:13:00      Comenity Bank/mandee,    Po Box 182125,
                 Columbus, OH 43218-2125
516553213      +E-mail/Text: bncnotices@becket-lee.com Jul 30 2019 23:39:15      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516745923      +EDI: MID8.COM Jul 31 2019 03:13:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516802339       EDI: PRA.COM Jul 31 2019 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516634631       EDI: Q3G.COM Jul 31 2019 03:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516656661       EDI: Q3G.COM Jul 31 2019 03:13:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516553216      +EDI: RMSC.COM Jul 31 2019 03:13:00      Synchrony Bank/ JC Penneys,    Attn: Bankrupty,
                 Po Box 103104,    Roswell, GA 30076-9104
517744467      +E-mail/Text: bknotices@snsc.com Jul 30 2019 23:40:31
                 U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
                                                                                                TOTAL: 13
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                                Signature:   /s/Joseph Speetjens

```
District/off: 0312-2             User: admin              Page 2 of 2               Date Rcvd: Jul 30, 2019
                                 Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Paola D. Vera    on behalf of Debtor Jose  Tenecela pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```