**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

JOSE TENECELA

Case No.:  16-33984 JKS

Hearing Date:  7/9/2020

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 10, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOSE TENECELA

Case No.: 16-33984

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/09/2020 on notice to JENEE K. CICCARELLI, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend plan and an amended Schedule I and J with certification of Covid-19 hardship by 7/23/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan to extend plan and an amended Schedule I and J with certification of Covid-19 hardship has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.