Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–33984–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jose Tenecela
    349 Watsessing Ave
    Bloomfield, NJ 07003

Social Security No.:
    xxx–xx–1440

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 28, 2019.

On 7/21/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                   August 13, 2020
Time:                    08:30 AM
Location:               Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 22, 2020
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jose Tenecela
           Debtor

Case No. 16-33984-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 22, 2020
                             Form ID: 185          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db         +Jose Tenecela,    349 Watsessing Ave,    Bloomfield, NJ 07003-6026
aty        +Jenee K Ciccarelli,    Fitzgerald & Associates PC,    649 Newark Avenue,
            Jersey City, NJ 07306-2341
cr         +Nationstar Mortgage LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
            Iselin, NJ 08830-2713
516553208  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court:  Childrens Place/Citicorp Credit Services,
            Attn: Citicorp Credit Services,   Po Box 20507,    Kansas City, MO 64195)
516736113   Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516553209  +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
            Saint Louis, MO 63179-0040
516553210  +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
            Saint Louis, MO 63179-0040
516553211  +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
516802383   MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
            Greenville, SC  29603-0826
516553214  +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516553215  +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
            Highlands Ranch, CO 80129-2386
516780889  +The BNYM Trust Company, NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
            8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517728798   U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    325 5th Street,
            Eureka, CA 95501
517744468   U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    323 5th Street,
            Eureka, CA 95501,   U.S. Bank Trust Nt Assoc Trustee of Chal,    c/o SN Servicing Corp.
517728799   U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    325 5th Street,
            Eureka, CA 95501,   U.S. Bank Trust Nt Assoc Trustee of Chal,    c/o SN Servicing Corp.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21     U.S. Attorney,    970 Broad St.,
            Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18     United States Trustee,
            Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
            Newark, NJ 07102-5235
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:49
            Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516553212  +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 00:27:02     Comenity Bank/mandee,
            Po Box 182125,    Columbus, OH 43218-2125
516553213  +E-mail/Text: bncnotices@becket-lee.com Jul 23 2020 00:26:36     Kohls/Capital One,
            Po Box 3120,    Milwaukee, WI 53201-3120
516745923  +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 00:27:17     Midland Funding LLC,
            PO Box 2011,    Warren, MI 48090-2011
516802339   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 00:35:43
            Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516634631   E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 00:27:11
            Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516656661   E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 00:27:11
            Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
            Kirkland, WA  98083-0788
516553216  +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:24     Synchrony Bank/ JC Penneys,
            Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
517744467  +E-mail/Text: bknotices@snsc.com Jul 23 2020 00:27:59
            U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    323 5th Street,
            Eureka, CA 95501-0305
                                                                              TOTAL: 11

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jul 22, 2020
                                 Form ID: 185             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Paola D. Vera    on behalf of Debtor Jose    Tenecela pvera@cabanillaslaw.com,
           bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```