Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−33984−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tenecela
   349 Watsessing Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1440

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          1/14/21
Time:         08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 16, 2020
JAN: zlh

                                                  Jeanne Naughton
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33984-JKS |
| Jose Tenecela | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2020 | Form ID: 132 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tenecela, 349 Watsessing Ave, Bloomfield, NJ 07003-6026 |
| aty | + | Jenee K Ciccarelli, Fitzgerald & Associates PC, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Nationstar Mortgage LLC, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, FRIEDMAN VARTOLO LLP, 85 Broad Street Suite 501, New York, NY 10004-1734 |
| 516553208 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 516736113 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516553209 | + | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516553210 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516553211 | + | Clear Spring Loan Serv, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 516802383 | | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 516553214 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516553215 | + | Specialized Loan Servi, Attn: Bankruptcy, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 516780889 | + | The BNYM Trust Company, NA, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517728798 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501 |
| 517744468 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |
| 517728799 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2020 22:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2020 22:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 22:19:33 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516553212 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 22:08:00 | Comenity Bank/mandee, Po Box 182125, Columbus, OH 43218-2125 |
| 516553213 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2020 22:07:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516745923 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2020 22:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516802339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 22:26:27 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516634631 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 22:08:00 | Quantum3 Group LLC as agent for, Comenity |

Case 16-33984-JKS    Doc 153    Filed 12/18/20    Entered 12/19/20 00:23:09    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 132 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516656661 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 22:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516553216 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 22:22:45 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 517744467 | + | Email/Text: bknotices@snsc.com | Dec 16 2020 22:09:00 | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
 on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francesca Ann Arcure
 on behalf of Creditor Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com NJ_ECF_Notices@McCalla.com

Jonathan C. Schwalb
 on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as trustee of the Chalet Series III Trust bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Paola D. Vera
 on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6