Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−33984−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tenecela
   349 Watsessing Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1440

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/10/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 11, 2021
JAN: zlh

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 16-33984-JKS

Jose Tenecela     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3

Date Rcvd: Mar 11, 2021     Form ID: 148     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tenecela, 349 Watsessing Ave, Bloomfield, NJ 07003-6026 |
| aty | + | Jenee K Ciccarelli, Fitzgerald & Associates PC, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | Nationstar Mortgage LLC, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, FRIEDMAN VARTOLO LLP, 85 Broad Street Suite 501, New York, NY 10004-1734 |
| 516553211 | + | Clear Spring Loan Serv, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 516802383 | | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 516553214 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516553215 | + | Specialized Loan Servi, Attn: Bankruptcy, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 516780889 | + | The BNYM Trust Company, NA, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517728798 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501 |
| 517744468 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |
| 517728799 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2021 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2021 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516553208 | | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 516736113 | | EDI: BL-BECKET.COM | Mar 12 2021 01:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516553209 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516553210 | + | EDI: CITICORP.COM | Mar 12 2021 01:28:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516553212 | + | EDI: WFNNB.COM | Mar 12 2021 01:28:00 | Comenity Bank/mandee, Po Box 182125, Columbus, OH 43218-2125 |
| 516553213 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2021 20:50:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |

Case 16-33984-JKS    Doc 167    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 148 | Total Noticed: 29 |

| 516745923 | + EDI: MID8.COM | Mar 12 2021 01:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
|---|---|---|---|
| 516802339 | EDI: PRA.COM | Mar 12 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516634631 | EDI: Q3G.COM | Mar 12 2021 01:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516656661 | EDI: Q3G.COM | Mar 12 2021 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516553216 | + EDI: RMSC.COM | Mar 12 2021 01:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 519084599 | + Email/Text: bknotices@snsc.com | Mar 11 2021 20:53:00 | U.S. Bank Trust National Association,, as Trustee Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305 |
| 519084600 | + Email/Text: bknotices@snsc.com | Mar 11 2021 20:53:00 | U.S. Bank Trust National Association,, as Trustee Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305, U.S. Bank Trust National Association, |
| 517744467 | + Email/Text: bknotices@snsc.com | Mar 11 2021 20:53:00 | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SN Servicing Corporation as servicer for U.S. Bank, FRIEDMAN VARTOLO, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | |

Case 16-33984-JKS    Doc 167    Filed 03/13/21    Entered 03/14/21 00:20:46    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 148 | Total Noticed: 29 |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com  NJ_ECF_Notices@McCalla.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Tiki Series III Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as trustee of the Chalet Series III Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Paola D. Vera | |
| | on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7