UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
SN Servicing Corporation, as servicer for U.S.
Bank Trust National Association, as Trustee of
the Tiki Series III Trust

In Re:

Jose Tenecela

| | |
|---|---|
| Case No.: | 16-33984-JKS |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Hon. Judge: | John K. Sherwood |

## CERTIFICATION OF SERVICE

1.  I, _Katie Crotteau_ :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for _Jonathan Schwalb, Esq._, who represents

    _SN Servicing Corporation_ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2.  On _November 5, 2021_, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

    Order Granting Relief from the Automatic Stay

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _November 5, 2021_              /s/Katie Crotteau

                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose Tenecela<br>349 Watsessing Ave<br>Bloomfield, NJ 07003<br><br>Ines Tenecela<br>349 Watsessing Ave<br>Bloomfield, NJ 07003 | Debtor(s)<br><br>Non-Filing Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jenee K. Ciccarelli<br>Ciccarelli Law, PC<br>47 Park Avenue, Suite 304<br>07052<br>West Orange, NJ 07052 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |