

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys  for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as Trustee
of the Tiki Series III Trust

In Re:

Jose Tenecela

Debtor(s)

Order Filed on March 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33984-JKS

Chapter: 13

Hearing Date:
02/10/2022

Hon. Judge:
John K. Sherwood

## ORDER RESOLVING DEBTOR MOTION TO REINSTATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: March 31, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor:          Jose Tenecela
Case No.:        16-33984-JKS
Caption:         Order Resolving Debtor Motion to Reinstate Stay

      THIS MATTER having been brought before the Court by Jenee K. Ciccarelli, Esq., attorney for the Debtor, Jose Tenecela ("Debtor"), upon the filing of a Motion to Reinstate Stay ("Motion") and SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust ("Secured Creditor"), by and through its attorneys, Friedman Vartolo LLP, having filed an Objection to the Motion, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

      **IT IS HEREBY ORDERED** as follows:

1. The stay as to the Secured Creditor, shall NOT be reinstated, however, the Debtor shall be afforded the opportunity to cure the post petition arrears.

2. The Debtor is/are overdue for post petition payments through and including February 2022, in the amount of **$5,804.77.**

3. Beginning on **February 1, 2022**, Debtor must make regular monthly mortgage payments shall continue to be made per the terms of the Note, Mortgage and/or payment change notices.

4. Beginning on **April 1, 2022**, additional monthly cure payments shall be made in the amount of **$967.46** for **5** months.

5. Beginning on **October 1, 2022**, additional monthly cure payments shall be made in the amount of **$967.47** for **1** month.

6. Payments to the Secured Creditor shall be made to the following address:
   SN Servicing Corporation
   P.O. Box 660820
   Dallas, TX 75266

7. The pre-petition arrears claim filed by Secured Creditor at claims registry #3-1 shall be paid as filed through Debtor's Chapter 13 Plan.

**(Page 3)**
Debtor:          Jose Tenecela
Case No.:        16-33984-JKS
Caption:         Consent Order Resolving Debtor Motion to Reinstate Stay

8.  Secured Creditor's Objection to the Motion, ECF No. 190, is hereby resolved by this Order.

9.  In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

10. Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, while the case is administratively open, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

11. Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, while the case is administratively closed, Secured Creditor may proceed with its state court rights and remedies to commence/continue with their foreclosure/eviction proceeding without further order from this Court.

12. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.