UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Jose Tenecela | Case No.: 16-33984 |
| | Hearing Date: |
| | Judge: John K. Sherwood |
| | Chapter: 13 |

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 14, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____July 14, 2022_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged

- ❏ Adversary Proceeding number _____ is pending

- ☒ Other: __Financial Management not filed__
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*