Form 152 − ntcvacodischg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−33984−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Tenecela
   349 Watsessing Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1440

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISCHARGE

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on June 1, 2022 as to

☑  debtor
☐  joint debtor

has been vacated effective July 14, 2022.

Dated: July 14, 2022
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jose Tenecela  
    Debtor

Case No. 16-33984-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 14, 2022      Form ID: 152      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Tenecela, 349 Watsessing Ave, Bloomfield, NJ 07003-6026 |
| cr | + | Nationstar Mortgage LLC, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, FRIEDMAN VARTOLO LLP, 85 Broad Street Suite 501, New York, NY 10004-1734 |
| 516553211 | + | Clear Spring Loan Serv, 18451 N Dallas Pkwy Ste, Dallas, TX 75287-5202 |
| 517728798 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501 |
| 517744468 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |
| 517728799 | | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501, U.S. Bank Trust Nt Assoc Trustee of Chal c/o SN Servicing Corp. |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 20:38:29 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516553208 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 20:38:20 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 516736113 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 20:38:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516553209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 20:38:20 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516553210 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 20:38:20 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516553212 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2022 20:29:00 | Comenity Bank/mandee, Po Box 182125, Columbus, OH 43218-2125 |
| 516553213 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 20:28:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516802383 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2022 20:29:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 516745923 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 152 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 516553214 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 14 2022 20:29:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516802339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 20:38:31 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516634631 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516656661 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 20:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516553215 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 14 2022 20:29:00 | Specialized Loan Servi, Attn: Bankruptcy, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 516553216 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 20:38:15 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 516780889 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 14 2022 20:29:00 | The BNYM Trust Company, NA, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519084599 | ^ | MEBN | Jul 14 2022 20:26:43 | U.S. Bank Trust National Association,, as Trustee Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305 |
| 519084600 | ^ | MEBN | Jul 14 2022 20:26:43 | U.S. Bank Trust National Association,, as Trustee Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305, U.S. Bank Trust National Association, |
| 517744467 | + | Email/Text: bknotices@snsc.com | Jul 14 2022 20:29:00 | U.S. Bank Trust Nt Assoc Trustee of Chalet Series, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SN Servicing Corporation as servicer for U.S. Bank, FRIEDMAN VARTOLO, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022         Signature:    /s/Gustava Winters

Case 16-33984-JKS    Doc 203    Filed 07/16/22    Entered 07/17/22 00:16:55    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 14, 2022 | Form ID: 152 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC farcure@hillwallack.com  NJ_ECF_Notices@McCalla.com |
| Jenee K. Ciccarelli | on behalf of Debtor Jose Tenecela info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Tiki Series III Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as trustee of the Chalet Series III Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paola D. Vera | on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8