UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-33984 |
| Jose Tenecela | Judge: John K. Sherwood |
| | Chapter: 13 |

## ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 14, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having noted that_____Jose Tenecela_____, the debtor(s) in this case

was/were discharged on_____June 1, 2022_____, and that the discharge must be vacated for the reason(s)

stated below:

❑    Debtor(s) received a discharge in this case on_____,

❑    Debtor(s) received a discharge in a previous case bearing case number
        _____, which case was commenced on_____in the
        _____ Bankruptcy Court,

❑    Adversary Proceeding number_____objecting to the debtor's discharge is
        pending,

☒    Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course
        Concerning Financial Management* (Official Form B23) proving compliance with the
        instructional course requirements for discharge,

❑    Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all
        domestic support obligations currently due have been paid,

❑    The filing fee due in this case has not been paid in full,

❑    Other:_____,

IT IS ORDERED that said discharge order is vacated.

*Rev. 2-11-21*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 16-33984-JKS

Jose Tenecela                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                   User: admin                                        Page 1 of 2

Date Rcvd: Jul 14, 2022                              Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Tenecela, 349 Watsessing Ave, Bloomfield, NJ 07003-6026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC farcure@hillwallack.com  NJ_ECF_Notices@McCalla.com |
| Jenee K. Ciccarelli | on behalf of Debtor Jose Tenecela info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Tiki Series III Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as trustee of the Chalet Series III Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 14, 2022                    Form ID: pdf903                              Total Noticed: 1

magecf@magtrustee.com

Paola D. Vera

on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8