

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: info@jc-lawpc.com
Attorney for Debtor

In Re:

Jose Tenecela,

                        Debtor.

**Chapter 13**

Case No.: 16-33984

Honorable John K. Sherwood

Hearing Date: 9/8/2022



Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, THE BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O SPECIALIZED LOAN SERVICING, LLC AND MODIFYING ITS RIGHT AS UNSECURED**

The relief set forth of the following page is hereby **ORDERED**

**DATED: September 9, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jose Tenecela
Case No. 16-33984
Caption: ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, THE BANK OF NEW YORK MELLON TRUST COMPANY, NA C/O SPECIALIZED LOAN SERVICING, LLC AND MODIFYING ITS RIGHT AS UNSECURED

---

**THIS MATTER** having come before the Court upon Debtor's Application for an Order to Strip the Lien of The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing, LLC and Modify its Right as Unsecured and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the lien held by The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing, LLC shall be treated as an unsecured claim pursuant to U.S.C. § 506(a) and 11 U.S.C. § 1322(b)(2). The total claim amount of $58,904.01 shall be paid in the same manner and percentage as all other unsecured creditors; and it is further

**ORDERED** that upon completion of Debtor's plan, the second mortgage held by The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing, LLC shall be deemed cancelled, discharged and of no effect; and it is further

**ORDERED** that upon completion of Debtor's plan payments, the lien creditor shall immediately take all steps necessary and appropriate to release, cancel and/or discharge the recorded mortgage in the land records of this State; and it is further

**ORDERED** that in the event the lienholder fails to take all necessary steps to release, cancel and/or discharge the mortgage recorded in the land records of this State, then in that event the mortgage held by The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing LLC shall be deemed paid and satisfied through the Debtor's Chapter 13 proceeding and the County Recording Office is hereby authorized to cancel this mortgage.