UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: info@jc-lawpc.com
Attorney for Debtor

_____

In Re:

Jose Tenecela,

                    Debtor.

**Chapter 13**

Case No.: 16-33984

Honorable John K. Sherwood

Hearing Date: 9/8/2022

Order Filed on September 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, THE BANK OF
NEW YORK MELLON TRUST COMPANY, NA C/O SPECIALIZED LOAN
SERVICING, LLC AND MODIFYING ITS RIGHT AS UNSECURED**

The relief set forth of the following page is hereby **ORDERED**

**DATED: September 9, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:  Jose Tenecela
Case No. 16-33984
Caption:   ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, THE BANK OF
NEW YORK MELLON TRUST COMPANY, NA C/O SPECIALIZED LOAN SERVICING,
LLC AND MODIFYING ITS RIGHT AS UNSECURED
--------------------------------------------------------------------------------------------------------------------

THIS MATTER having come before the Court upon Debtor's Application for an Order to Strip the Lien of The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing, LLC and Modify its Right as Unsecured and the Court having examined the evidence presented, and for good cause shown,

ORDERED that the lien held by The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing, LLC shall be treated as an unsecured claim pursuant to U.S.C. § 506(a) and 11 U.S.C. § 1322(b)(2). The total claim amount of $58,904.01 shall be paid in the same manner and percentage as all other unsecured creditors; and it is further

ORDERED that upon completion of Debtor's plan, the second mortgage held by The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing, LLC shall be deemed cancelled, discharged and of no effect; and it is further

ORDERED that upon completion of Debtor's plan payments, the lien creditor shall immediately take all steps necessary and appropriate to release, cancel and/or discharge the recorded mortgage in the land records of this State; and it is further

ORDERED that in the event the lienholder fails to take all necessary steps to release, cancel and/or discharge the mortgage recorded in the land records of this State, then in that event the mortgage held by The Bank of New York Mellon Trust Company, NA c/o Specialized Loan Servicing LLC shall be deemed paid and satisfied through the Debtor's Chapter 13 proceeding and the County Recording Office is hereby authorized to cancel this mortgage.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33984-JKS |
| Jose Tenecela | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Tenecela, 349 Watsessing Ave, Bloomfield, NJ 07003-6026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022                Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MTGLQ INVESTORS  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC farcure@hillwallack.com  NJ_ECF_Notices@McCalla.com |
| Jenee K. Ciccarelli | on behalf of Debtor Jose Tenecela info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Tiki Series III Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as trustee of the Chalet Series III Trust bankruptcy@friedmanvartolo.com |

District/off: 0312-2
Date Rcvd: Sep 12, 2022

User: admin
Form ID: pdf903

Page 2 of 2
Total Noticed: 1

Marie-Ann Greenberg

magecf@magtrustee.com

Paola D. Vera

on behalf of Debtor Jose Tenecela pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8